IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YVENER JEAN-BAPTISTE | Case No. 1:14-MJ-87A |

MOTION TO EXCLUDE TIME
UNDER THE SPEEDY TRIAL ACT

The United States moves to exclude the 60 day period beginning on June 1, 2014 and extending through July 31, 2014, from the period within which an indictment or information must be filed against Defendant under 18 U.S.C. § 3161(b).  This is the first motion for exclusion sought in this case.  As grounds for this motion, the United States notes the following:

1. Counsel for the United States and for Defendant are engaged in plea negotiations that may lead to agreement on prosecution by way of an information, thereby conserving judicial resources.

2. Defendant's counsel has no objection to excluding the aforementioned period of time from the period of time within which an indictment or information must be filed against Defendant under 18 U.S.C. § 3161(b).

The United States submits that the ends of justice as well as Defendant's own best interest will be served by excluding the aforementioned time period and that such ends of justice and interests of Defendant outweigh any interest Defendant or the public may have in a speedy indictment and/or trial.

Respectfully submitted,

PETER F. NERONHA
United States Attorney

/s/ Lee H. Vilker
LEE H. VILKER
Assistant U. S. Attorney,
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000, 401-709-5001 (fax)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 22nd day of May, 2014, I caused the Motion To Exclude Time Under the Speedy Trial Act to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic Notification

Jason Knight, Esq.
1 Turks Head Place, Suite 1440
Providence, RI 02903

                                          /s/ Lee Vilker
                                          LEE VILKER
                                          Assistant U. S. Attorney,
                                          U. S. Attorney's Office
                                          50 Kennedy Plaza, 8th Floor
                                          Providence, RI 02903
                                          401-709-5000, 401-709-5001 (fax)