UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YVENER JEAN-BAPTISTE,<br>           Defendant. | Criminal Case No. _____<br>In violation of 18 U.S.C. §§ 1029(a)(2) &<br>1028A<br><br>CR 14-97 S |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

From on or about November 1, 2013, to on or about November 30, 2013, in the District of Rhode Island, defendant

YVENER JEAN-BAPTISTE

did knowingly and with intent to defraud use one or more unauthorized access devices during any one-year period, and by such conduct did obtain anything of value aggregating $1,000 or more during that period,

In violation of 18 U.S.C. § 1029(a)(2).

FILED 2014 AUG -1 P 3:42
DISTRICT COURT
DISTRICT OF RHODE ISLAND

## COUNT TWO

On or about November 29, 2013, in the District of Rhode Island, defendant

YVENER JEAN-BAPTISTE,

during and in relation to the felony violation of access device fraud, contrary to 18 U.S.C. § 1029(a)(2), did knowingly possess and use, without lawful authority, means of identification of another person, to wit the access device and account number of J.Q.,

In violation of 18 U.S.C. § 1028(A).

PETER F. NERONHA
United States Attorney

By: _____
LEE H. VILKER
Assistant U.S. Attorney

_____
STEPHEN G. DAMBRUCH
First Assistant U.S. Attorney

Date: 7-31-14